# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  16−10538−MBK
                        Chapter:  11
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trek Auto Sales, Limited Liability
   Company
   dba U−Save Car & Truck Rental
   P.O. Box 7468
   Freehold, NJ 07728
Social Security No.:

Employer's Tax I.D. No.:
   46−2166822

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/10/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.


Dated: February 10, 2016
JJW: wir

                                                        James J. Waldron
                                                        Clerk

```
United States Bankruptcy Court
District of New Jersey
```

In re:  Case No. 16-10538-MBK
Trek Auto Sales, Limited Liability Compa  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 10, 2016
                        Form ID: 148    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2016.

```
db          +Trek Auto Sales, Limited Liability Company,    P.O. Box 7468,    Freehold, NJ 07728-7468
sp          +DiFrancesco, Bateman, Kunzman, Davis et al,    15 Mountain Blvd.,    Warren, NJ 07059-5611
cr          +U-Save Auto Rental of America, Inc.,    c/o Spector & Ehrenworth, P.C.,    30 Columbia Turnpike,
              Suite 202,    Florham Park, NJ 07932-2253
515941635   +Arcarius,    2125 Center Avenue,    Fort Lee, NJ 07024-5811
515941636   +Bank of New England,    c/o Lease & Rental Management,    45 Haverhill Street,
              Andover, MA 01810-1414
515941637   +D and D Ventures,    215 Route 18,    East Brunswick, NJ 08816-1923
515941639   +DiFrancesco, Bateman,    15 Mountain Blvd.,    Warren, NJ 07059-5611
515941640   +Dustin Valenti,    3 Winding Woods Way,    Freehold, NJ 07728-9282
515941642   +Execu-ride, Inc.,    P.O. Box 7468,    Freehold, NJ 07728-7468
515941641   +Execu-ride, Inc.,    215 Route 18,    East Brunswick, NJ 08816-1924
515941643   +Ideal Tire Systems,    P.O. Box 392,    Edison, NJ 08818-0392
515941646   +On the Spot Auto Service,    58 Fycke Lane,    Teaneck, NJ 07666-5325
515941648  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Bankruptcy Section,    P.O. Box 245,
              Trenton, NJ 08695)
515941649   +State of New Jersey,    Division of Taxation,    P.O. Box 999,    Trenton, NJ 08646-0999
515941647   +State of New Jersey,    Domestic Security Fee,    P.O. Box 999,    Trenton, NJ 08646-0999
515941650   +U-Save Auto Rental of America,,    1052 Highland Colony Parkway,    Suite 204,
              Ridgeland, MS 39157-8764
515941651   +Union Auto Body,    917 Highway 36,    Union Beach, NJ 07735-3323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          EDI: IRS.COM Feb 10 2016 22:28:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
              Springfield, NJ 07081-0724
smg          E-mail/Text: leah.bynon@usdoj.gov Feb 10 2016 22:39:05      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 10 2016 22:39:03      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515941638   +E-mail/Text: bankruptcy@discoverdsc.com Feb 10 2016 22:38:19      Dealer Services Corporation,
              1320 City Center Drive,    Suite 100,    Carmel, IN 46032-3816
515941652   +EDI: VERIZONCOMB.COM Feb 10 2016 22:28:00      Verizon,    P.O. Box 4833,
              Trenton, NJ 08650-4833
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515941645*    Internal Revenue Service,    Special Proced - Bankruptcy,    P.O. Box 744,
               Springfield, NJ 07081
515941644*   +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2016                                                                             Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2016 at the address(es) listed below:
        David H. Stein    on behalf of Debtor   Trek Auto Sales, Limited Liability Company
           dstein@wilentz.com,    ciarkowski@wilentz.com
        David H. Stein    on behalf of Plaintiff   Trek Auto Sales, Limited Liability Company
           dstein@wilentz.com,    ciarkowski@wilentz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Douglas A. Goldstein    on behalf of Defendant   U-Save Auto Rental of America, Inc.
          dgoldstein@selawfirm.com,  bspector@selawfirm.com
         Douglas A. Goldstein    on behalf of Creditor    U-Save Auto Rental of America, Inc.
          dgoldstein@selawfirm.com,  bspector@selawfirm.com

                                                                                                                   TOTAL: 4